**DISTRICT COURT OF MARYLAND FOR** Montgomery County

LOCATED AT (COURT ADDRESS)
191 E. Jefferson St, Rockville, MD 20850

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under  ☒ over $5,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin
☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)

The particulars of this case are:
Please see attached document entitled:
Kassab v. Delta - Particulars of the Case

**CASE NO.** CV D06CV22 016276

**PARTIES**

Plaintiff
Hisham Kassab, Ibrahim Kassab, and Karim Kassab
10342 Grosvenor Place
Rockville, MD 20852

VS.

Defendant(s)
1. Delta Air Lines, Inc.
1030 Delta Blvd., Atlanta, GA 30320
Serve by: ☒ Certified Mail

2. Ed Bastian
CEO, Delta Air Lines, Inc.
1030 Delta Blvd., Atlanta, GA 30320
Serve by: ☒ Certified Mail

3. Serve On: CSC-Lawyers Incorporating Service Company (MD Resident Agent for Delta)
7 St. Paul Street, Suite 820, Baltimore, MD 21202
Serve by: ☒ Certified Mail

(See Continuation Sheet)

☒ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims $30000, plus interest of $_____, interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ (____ days x $____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.

☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.

☐ Other: _____

and demands judgment for relief.  (on behalf of Hisham Kassab, Ibrahim Kassab and Karim Kassab)

Signature of Plaintiff/Attorney/Attorney Code    Attorney Number
Printed Name: HISHAM KASSAB
Address: 10342 Grosvenor Place
Rockville, MD 20852
Telephone Number: 3017703425
Fax:
E-mail:

**ATTORNEYS**
For Plaintiff – Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.   ☐ Verified through DOD at: http://scra.dmdc.osd.mil/
☒ No defendant is in the military service. The facts supporting this statement are: The defendant is a company.

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.
☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.
July 29, 2022
Date                                    Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)
The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☒ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.
July 29, 2022
Date                                    Signature of Affiant

DC-CV-001 (front) (Rev. 07/01/2021)                                            CMPET

Exhibit 1

(Stamp: DISTRICT COURT RECEIVED 2022 AUG -1 P)

## NOTICE TO DEFENDANT
### Before Trial

**This complaint contains the details of the claim against you** and the relief that the plaintiff (the person or company suing you) seeks. The plaintiff has the burden to provide evidence to prove their case at trial. If the plaintiff has completed the affidavit portion of the complaint form, the evidence should be attached to the complaint.

**You may hire your own attorney.** If you're not able to hire an attorney, you can get legal help from an attorney through a **Maryland Court Help Center.** Court locations are open Monday to Friday from 8:30 a.m. to 4:30 p.m. Help is available by phone at 410-260-1392 or by live chat Monday through Friday from 8:30 a.m. to 8:00 p.m. For Help Center locations, visit: mdcourts.gov/helpcenter.

The clerk of the court is not permitted to give you legal advice. If you have any questions, you should consult the Maryland Court Help Center or your own attorney.

**If you wish to contest (fight) the claim,** you must file the Notice of Intention to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date all evidence you want the court to consider. If you don't bring your evidence to the hearing, the judge can't consider it.

**If you do nothing,** you could lose even though you did not appear in court. A judgment could be entered against you with consequences that may include a lien on your property, garnishment of your wages, and freezing your bank account.

**You may request a remote hearing.** At the remote hearing you would not appear in person, but rather by computer, tablet, or other appropriate electronic device. For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. Ask the court for a new trial by filing a Motion for a New Trial within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.
2. Ask the court to change the judgment by filing a Motion to Alter or Amend the Judgment within **10 days** after the entry of judgment.
3. Ask the court to change or undo the judgment by filing a Motion to Revise or Vacate the Judgment within **30 days** after the entry of judgment.
4. APPEAL to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, was $5,000 or less, you will have a new trial in the circuit court. If the amount of the claim, was more than $5,000, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA-027BR).

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Judgment Debtor Information Sheet:** You may receive form CC-DC-CV-114 from the plaintiff requesting information about your income and debts. If you complete the form accurately and return it to the creditor as indicated, you will not have to answer interrogatories or appear for an oral examination for at least a year from the date of judgment.
2. **Interrogatories:** These are written questions. You must answer these written questions about your income and assets in writing under penalties of perjury.
3. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.
4. **Writ of Execution:** This document requires the sale or seizure of any of your possessions. Some of your property or possessions may be protected from the writ. These exemptions are explained in detail on the reverse side of the Writ of Execution - form DC-CV-040. The court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
5. **Garnishment of Property:** The court may issue a writ freezing your bank account or holding your assets until further court proceedings.
6. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: mdcourts.gov/district/public_brochures or mdcourts.gov/legalhelp/moneyissues

### NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: mdcourts.gov/reference/scra.

**AFTER THE COURT ENTERS A JUDGMENT:**

1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

# Kassab v. Delta - Particulars of the Case

The Plaintiffs currently reside in Rockville, Maryland. The Defendant, Delta Air Lines, Inc., is currently headquartered in Atlanta, Georgia. The Defendant, Delta Air Lines, Inc., conducts business in Maryland. The resident agent for Delta Air Lines, Inc. in Maryland is: CSC-Lawyers Incorporating Service Company. On August 8, 2019, the Palintiffs boarded Delta Flight No. 1625, which was to fly them from Atlanta, GA to Baltimore, MD. Delta Flight No. 1625 on August 8, 2019, henceforth also referred to as "Flight No. 1625", was a connecting flight on the Plaitiffs's travel back from Rome, Italy. On the passenger boarding bridge (PBB), prior to boarding the airplane Flight No. 1625, Plaintiff Hisham Kassab had a discussion with a Delta staff member (whose first name is Laura) who was being cantankerous with Plaintiff Hisham Kassab. Plaintiff Hisham Kassab was completely polite with the said Delta staff member and did not utter a single profanity. Plaintiffs boarded the airplane and sat in their assigned seats. Shortly thereafter, a Delta gate staff member (whose first name is Ricardo) approached the Plaintiffs and asked the Palintiffs to fetch their belongings and follow him. At the time that the said Delta gate staff member approached the Plaintiffs on the airplane, the Plaintiffs were in their assigned seats, talking with each other, joking and laughing. The conduct of the Plaintiffs at the time was entirely benign, non-disruptive, and non-threatening, and they were not in any way, shape or form unruly. Plaintiffs followed the instructions of the said Delta gate staff member, who led the Plaintiffs outside the airplane, at which point the airplane's door was promplty closed and the airplane pushed back, making it fait accompli that the Plaintiffs would not be able to travel on that airplane. The Delta gate staff member had not notified the Plaintiffs that they were in the process of being removed from the airplane. When Plaintiff Hisham Kassab asked for an explanation, after the fait-accompli removal from the airplane, the said gate staff member (Ricardo) mentioned that the Delta staff member on the PBB (Laura) and one of the flight attendants on the airplane claimed that Plaintiff Hisham Kassab uttered profanities towards them. The said gate staff member (Ricardo) added that the captain of the airplane investigated the situation and determined that the claim of the said flight attendant (that Plaintiff Hisham Kassab had uttered a profanity towards her) was true. The said gate staff member (Ricardo) also mentioned that other passengers on the airplane corroborated the claim of the flight attendant; and that accordingly, the captain of the airplane decided that the Plaintiffs needed to be removed from the airplane. Plaintiff Hisham Kassab absolutely and categorically did not utter any profanity towards the Delta staff member on the PBB, any flight attendant, or anyone else during the boarding process. Therefore, whoever claimed that Plaintiff Hisham Kassab did utter any profanity blatantly lied. Plaintiffs Ibrahim Kassab and Karim Kassab were removed from the airplane even though they were not themselves accused of any negative or unruly behavior by the Delta staff members. The Plaintiffs are of middle

eastern origin and are Muslims. In the opinion of Plaintiff Hisham Kassab, it is possible that discriminatory attitudes played a role in the false claims (of uttering profanity) against him and/or the decision to have the Plaintiffs removed from the airplane. The Plaintiffs were not given an apporunity to defend against the baseless assertions by the flight attendant, the PBB staff member, and the alleged passengers that allegedly corroborated the flight attendants claim. Delta Air Lines Inc. created a case for the incident described herein, with Case Number 02806656. Plaintiffs Ibrahim Kassab and Karim Kassab were aged 7 and 11 respectively on August 8, 2019. Today they are 10 and 14 respectively. They are the sons of Plaintiff Hisham Kassab. As such, Plaintiff Hisham Kassab is acting, in his parental capacity, on behalf of Plaintiffs Ibrahim Kassab and Karim Kassab. Plaintiffs Hisham Kassab, Ibrahim Kassab, and Karim Kassab assert that their removal from Flight No. 1625 was wrongful, unfair, unjust, malicious, and callous. All conditions precdent have been performed for Plaintiffs to receive fair compensation for their wrongful, unfair, unjust, malicious, and callous removal from Flight No. 1625.

WHEREFORE, (1) Plaintiff Hisham Kassab demands a judgment against Defendant Delta Air Lines, Inc. for a dollar amount in excess of $10,000, (2) Plaintiff Ibrahim Kassab demands a judgment against Defendant Delta Air Lines, Inc. for a dollar amount in excess of $10,000, and (3) Plaintiff Karim Kassab demands a judgment against Defendant Delta Air Lines, Inc. for a dollar amount in excess of $10,000. This claim is made both jointly and severally. This court should also, if it deems apprporiate, award costs, pre-judgment interest, and post-judgment interest.

## Flight overview



**Travel dates**
Aug 1, 2019 - Aug 8, 2019

**Itinerary #**
7444430734850

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Confirmation**
JNYYIH (Delta)
MQHPHG (Alitalia)

**Ticket #**
0067371755394 (HISHAM KASSAB)
0067371755395 (IBRAHIM KASSAB)
0067371755396 (KARIM KASSAB)

**Return** Thu., Aug 8

Alitalia 7600 operated by DELTA AIR LINES INC

**Rome (FCO)** → **Atlanta (ATL)**
Airport check-in with Delta     This flight returns to BWI, not IAD
12:50pm                          6:02pm
Terminal: 3                      Terminal: I

Fare type: Basic Economy
Cabin: Economy / Coach (X)
11h 12m duration

⏲ 2h 8m stop Atlanta (ATL)

Delta 1625

**Atlanta (ATL)**  → **Baltimore (BWI)**
8:10pm                           10:05pm
Terminal: S

Fare type: Basic Economy
Cabin: Economy / Coach (T)
1h 55m duration

Case #: D-06-CV-22-016276
Court Date: 1/4/2023

1. Article Addressed to:

Bastian, Ed
1030 Delta Air Lines, Inc.
ATLANTA, GA, 30320

9290 9901 8054 9701 9471 99

2. Article Number *(Transfer from service label)*
7190 1805 4970 0194 7192

Form **3811**, (facsimile) July, 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9290 9901 8054 9701 9471 99

United States
Postal Service

• Sender: Please print your name, address, ZIP+4 in this box •

DISTRICT COURT OF MARYLAND #6-1
191 E JEFFERSON ST
ROCKVILLE MD 20850-2630

Case #: D-06-CV-22-016276
Court Date: 1/4/2023



COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  10/4/22

I. Article Addressed to:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

Delta Air Lines, Inc.
1030 Delta Blvd
ATLANTA, GA 30320

OCT - 4 2022
ATLANTA GA 30320

9290 9901 8054 9701 9471 82

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted
☒ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

2. Article Number (Transfer from service label)
7190 1805 4970 0194 7185

PS Form 3811, (facsimile) July, 2015   Domestic Return Receipt

USPS TRACKING #

9290 9901 8054 9701 9471 82

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, ZIP+4® in this box•

DISTRICT COURT OF MARYLAND #6-1
191 E JEFFERSON ST
ROCKVILLE MD 20850-2630

Case #: D-06-CV-22-016276
Court Date: 1/4/2023

1. Article Addressed to:

~~CSC Lawyers Incorporating Service~~
7 St. Paul Street Suite 820
BALTIMORE, MD, 21202

9290 9901 8054 9701 9472 05

2. Article Number *(Transfer from service label)*
7190 1805 4970 0194 7208

PS Form **3811**, (facsimile) July, 2015

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  /M/
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
MHids

C. Date of Delivery
OCT 0 3 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation, Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9290 9901 8054 9701 9472 05

United States Postal Service

• Sender: Please print your name, address, ZIP+4® in this box•

DISTRICT COURT OF MARYLAND #6-1
191 E JEFFERSON ST
ROCKVILLE MD 20850-2630

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10