IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Hisham Kassab, et. al             *
**Plaintiff,**
                                  *
v.                                   Case No. 8:22-cv-02832-DKC
                                  *
Delta Air Lines, Inc., et. al
                                  *
**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
                                                    (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                      (name of party)

_____.
                          (names of affiliates)

☒ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Allianz Global Risks US Insurance Company and The Vanguard Group.
        (names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

November 9, 2022                                 /s/ Kathryn Grace
_____                    _____
Date                                                          Signature

                                                                  Kathryn Grace (Bar No. 18770)
                                                                  Printed name and bar number

                                                                  250 W. Pratt St., Ste. 2200, Baltimore, MD 21201
                                                                  Address

                                                                  kathryn.grace@wilsonelser.com
                                                                  Email address

                                                                  410-539-1800
                                                                  Telephone number

                                                                  410-962-8758
                                                                  Fax number