IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HISHAM KASSAB | : | |
| IBRAHIM KASSAB | : | |
| KARIM KASSAB | : | |
|     Plaintiffs | : | |
| Vs | : | |
| DELTA AIR LINES, INC. | : | Case: 8:22-CV-02832-DKC |
| And | : | |
| ED BASTIAN | : | |
|     Defendants | : | |

\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LOGGED \_\_\_\_ RECEIVED

DEC 2 7 2022

_____

### PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS COMPLAINT WITHOUT PREJUDICE

Plaintiffs, *Hisham Kassab, Ibrahim Kassab, and Karim Kassab jointly "Plaintiffs"*, request that this complaint be voluntarily *dismissed without prejudice* by this Honorable Court pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, as Plaintiffs are pursuing this matter in the 6th Circuit Court of Maryland.

Respectfully submitted,
FOR HISHAM KASSAB, IBRAHIM KASSAB (A MINOR),
AND KARIM KASSAB (A MINOR)

By: _____
Hisham Kassab

Hisham Kassab
10342 Grosvenor Place
Rockville, MD 20852
TEL: 301-770-3425

## CERTIFICATE OF SERVICE

I DO HEREBY certify that on this 27th day of December 2022, copies of *Plaintiffs' Motion to Voluntarily Dismiss Complaint without Prejudice*, were mailed, postage pre-paid to:

Kathryn Grace (Bar No.: 18770)
Christine Hogan (Bar No.: 18884)
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
(Attorneys for Defendant Delta Air Lines, Inc. and Ed Bastian)

_____
Hisham Kassab